**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Elissa Kapala,

Plaintiff,

v.

Simon Property Group, Inc.,

Defendant.

Court File No.:

**COMPLAINT FOR CIVIL CASE**

Plaintiff, for her Complaint and cause of action against Defendant, states and alleges:

**THE PARTIES**

1. Plaintiff is, and at all times relevant hereto was, a resident of Sherburne County, Minnesota.

2. Defendant is, and at all times relevant hereto was, a business duly formed under the laws of Delaware and licensed to conduct business in Minnesota as Southdale Center at 10 Southdale Center, in the City of Edina, County of Hennepin, State of Minnesota.

**JURISDICTION**

3. Plaintiff is a resident of the state of Minnesota.

4. Defendant's home jurisdiction is in Delaware, but conducts business in Hennepin County, State of Minnesota.

5. The injury took place at Defendant's place of business at Southdale Center in Edina, Minnesota.

6. Pursuant to 28 U.S. Code § 1391 the venue and jurisdiction of this case is proper.

## STATEMENT OF CLAIM

7. On or about January 3, 2023, Plaintiff was injured when she slipped and fell on ice at entrance 16 of Southdale Center, owned by Defendant, causing Plaintiff serious bodily injury.

8. At the aforementioned time and place, and at all relevant times prior, Defendant had a duty to take reasonable steps to maintain the aforesaid entrance and keep it free from unreasonably dangerous conditions for its users, including Plaintiff.

9. At the time of her injury, Plaintiff was conducting herself in a reasonable manner, keeping a proper lookout and proceeding with due caution.

10. Plaintiff was injured by reason of Defendant's negligence in the maintenance, inspection, and upkeep of the physical facilities of the premises.

11. As a direct and proximate result of Defendant's negligence, Plaintiff was caused to sustain a severe injury, which may be permanent.

12. Plaintiff has been caused, and in the future will be caused, to expend sums of money for general medical care and treatment for her injury.

13. Plaintiff has suffered great pain, discomfort and disability as a result of her injury and will in the future suffer pain, discomfort and disability.

14. Plaintiff has suffered loss of earnings as a result of the injuries and may in the future suffer loss of earnings and/or earning capacity.

15. On July 1, 2024, Plaintiff submitted her demand for compensation for her damages to Defendant.

16. On July 11, 2024, counsel for Plaintiff received a letter from Defendant's agent denying liability and damages.

**RELIEF**

17. Plaintiff's damages exceed $75,000 in value.

**DEMAND FOR JURY**

18. A jury trial is demanded.

WHEREFORE, Plaintiff prays judgment against Defendant in a sum exceeding $75,000, together with her attorney fees and costs incurred in this action, with such other and further relief as the Court deems just and equitable in the premises.

LINDELL & LAVOIE, LLP

Dated: March 10, 2025

By: _/s/James E. Lindell___________
James E. Lindell, ARN 63423
Andjelka R. Moline, ARN 0402375
Lindell & Lavoie, LLP
2420 Centre Village
431 South Seventh Street
Minneapolis, MN, 55415
612-339-8811
lindell@lindellandlavoie.com
amoline@lindellandlavoie.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATION

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Dated: March 10, 2025

By: */s/James E. Lindell*

James E. Lindell, ARN 63423
Andjelka R. Moline, ARN 0402375
Lindell & Lavoie, LLP
2420 Centre Village
431 South Seventh Street
Minneapolis, MN, 55415
612-339-8811
lindell@lindellandlavoie.com
amoline@lindellandlavoie.com

ATTORNEYS FOR PLAINTIFF